DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**REBECCA ROMERO,**
Appellant,

v.

**ADRIAN BRABHAM,**
Appellee.

Nos. 4D20-2468 and 4D20-2680

[October 14, 2021]

Consolidated appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine Cheesman, Judge; L.T. Case No. 50-2015-DR-003902-XXXX-MB.

Rebecca Romero, Manalapan, pro se.

John D. Boykin of Ciklin Lubitz, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***